NON-STANDARD DOCUMENT

FILED
in the Middle District of
North Carolina
**11/28/2023
8:00 AM**
Clerk, US District Court
By: CB

2023026082  00132
FORSYTH CO, NC FEE $26.00
NON-STANDARD DOC FEE $25.00

PRESENTED & RECORDED:
08-01-2023 02:55:22 PM
LYNNE JOHNSON
REGISTER OF DEEDS
BY: OLIVIA DOYLE, ASST

BK: RE 3766
PG: 935-939

Affidavit

Anthony L. Hoover El,
M.C.I. 4875,
2568 Moore Rouse Rd.,
Hookerton, N.C. 28538

C/O "Clerk Office: United Nations Headquarters. Affidavit

I; Anthony L. Hoover El is verified and certified is requesting 10 copys of Legal Notice Name Declaration, Correction, Proclamation and Publication. Also Truth Affidavit of Nature on Supplemental Rules for Administrative and Maritime Claims Rules c(6) Trade Mark/Copyright. Copyright Trade-Name/Trade Mark Notices. Also send me paper work how to retain and application how to get a Pass ports. Also I need to know my (CONSULTANT NAME) up there in the United Nations Headquarters. I need the following information for the Movement Register of Moorish Science Temple of America. The IMAPTC Information Booklet. 1-Your Affidavit/Declaration Booklet Contains the following: ①Reclamation Cover With Gold Seal of Authentication. ②Name Correction. ③Judicial Notice. ④Moorish Censas Registration. ⑤Authentication Letter. ⑥1-Copy United Nations Rights Of Indigenous People. ⑦1-Copy Zodiac Constitution Booklet. ⑧1-Laminated Moorish Nationality Card. Under Moorish Divine National Movement of the World. Respectfully submitted this 1st day of December 2022.

Signature: Anthony L. Hoover El

North Carolina     Greene County
Sworn to and subscribed before me this
day of Dec 20 22
Notary Public Signature
My Commission Expires 08/06/2026

Original to: Cynthia Hoov

③

Exhibit

# AFFIDAVIT
## ACCEPTED FOR VALUE AND HONOR-EXEMPT FROM LEVY.

For my remedy; {RELEASE ME} and the proceeds, products, accounts and a {FULL CLEMENCY FIXTURES} in the {ORDERS} to me immediately in the accordance with the {PUBLIC POLICY, HJR-192, UCC10-104 and UCC1-104}.

EXEMPTION ID.#1-499262701; ID.#1-662929839; ID.#1-7619745915.
UCC CONTRACT ACCT.#0102414993C.
VALUE: UNLIMIT       DATE: April   , 2023 .
Signature: Anthony L. Hoover, El , Opus: {0190811} .
SEC. 202(d), NATIONAL EMERGENCIES ACT, 50 U.S.C.1622(d).
    The SECURED PARTY reserves the rights to satisfy any and all JUDGMENT; LIEN, LEVY, DEBT, or OBLIGATION, whether UNSECURED, SECURED, against DEBTOR by executing a BILL OF EXCHANGE against the FIDELITY BOND REGISTERED here within. EXECUTIVE ORDER #12938.
MANDAMUS WRIT OF ERRORS WAIVER OF CONTRACTUAL RIGHTS.

Respectfully submitted this 13th day of April  2023.
Pursuant To 28 U.S.C. Sec. 1746, Signature: Anthony L. Hoover El .
                                          ANTHONY L. HOOVER.

North Carolina         Greene County
Sworn to and subscribed before me this 13 day of April 2023
Notary Public Signature
My Commission Expires 08/06/2026

[Notary Seal: SHEILA L. WEST, NOTARY PUBLIC, LENOIR COUNTY, N.C.]

Exhibit

## VERIFICATION.

I, Anthony L. Hoover El being duly affirm, state that I am the Petitioner/Plaintiff, that I have read the foregoing, ACCEPTED FOR VALUE AND HONOR-EXEMPT FROM LEVY. and that it is accurate to the best of my knowledge, information and belief.

This 13 day of April 2023.
Signature: Anthony L. Hoover El

nc
Greene co

Sworn to and subscribed before me
this 13 day of April 2023.
Notary Public Signature: Sheila Pm[?]
Notary Public Commission Expires: 8-6-20[26]

*(Notary seal: SHEILA ... NOTARY PUBLIC)*

## CERTIFICATE OF SERVICE.

The undersigned hereby certifies that copies of the attached ACCEPTED FOR VALUE AND HONOR-EXEMPT FROM LEVY, has been duly served pursuant to Rule 26 by placing a copy in the, UNITED STATES MAIL, POSTAGE PREPAID, and properly addressee as follows:

This 13th day of April 2023.
Signature: Anthony L. Hoover El

## AFFIDAVIT AND DECLARATION.

Dejure no more than [AFFIDAVIT] is necessary to make the [PRIMA FACIE CASE]; (UNITED STATES V. KIS), 658 F.2nd, 526, 536 (7th CIR. 1981); CERT DENIED, 50 U.S.L.W. 2169; S.Ct. (MARCH 22, 1982). FILED NOS. #02CRS62235-37.

DEFAMATION OF CHARACTER.

NOTICES OF DEFAULT OF JUDGMENT ON JUDGMENT BY DEFAULT. From May 5, 2022 Through October 5, 2022. Under Subchapter VII. Speedy Trial; Attendance Of Defendants. Article 35. Speedy Trial. G.S. 15A-701. Through G.S. 15A-710. Pursuant To Article 36. Special Criminal Process For Attendance Of Defendant. N.C.G.S. 15A-711. (a), (b), and (c). IF not [RELEASE] the State Of North Carolina (21) District Superior Court Division (Forsyth County) will pay $150,000.00. From May 5, 2022 until my release date going over October 5, 2022 which is a 180 days which is (6th) Six Months are up, G.S. 15A-711.(C).

**DEFAULT JUDGMENT:** A Judgment entered as a penalty against a party who does not comply with an order, An order to comply with a discovery request.

Respectfully submitted this 10th day of October 2022. Pursuant To 28 U.S.C.A. Sec. 1746, Signature: [signature]

[Return Stamp Copy And Filed.]

North Carolina    Greene County
Sworn to and subscribed before me this 10 day of October 2022
[signature]
Notary Public Signature
My Commission Expires 08/06/2026

FILED 2022 OCT 13 P 3:44

APPENDIX - B  (6)

Anthony L. Hoover El [0190811],  State V. Anthony Hoover,
M.C.I.(4875), 2568 Moore Rouse Rd.,  File No. 02CRS62235.
Hookerton, North Carolina, 28538  Article 53. N.C.G.S. 15A-977.

Clerk's Office: MOTION TO SUPPRESS EVIDENCE D.N.A..

On October 3, 2022 and October 11, 2022 this court have threaten me with a Gatekeeper Order. Regarding legal matter in my criminal case.

This is a violation of my United States Constitutional, Bill of Right's and Treaties. 1st First Amendment; Access to the Courts. Here are Eleven EXHIBIT to show violation of North Carolina Constitution, that violated United States Constitutional. Under Federal Criminal Code and Rules.

Pursuanting to Chapter 13; Section 241, Conspiracy Against Rights, Section 242, Deprivation Of Rights Under Color Of Law. This evidence of my "check stub" will show my [TIMESCARD] and the legal innocent(s) on November 1, 1998 and that court knows this. This is why the Court Assistant put a Gatekeeper Order on me. Pursuant to Chapter 223- Witnesses And Evidence; Section 3483; Indigent Defendants, Process To Produce Evidence - Rule. Pursuant to Chapter 73 - Obstruction Of Justice; Section 1514A, Civil Action To Protect Against Retaliation In Fraud Cases, and Section 1510, Obstruction Of Criminal Investigation. Respectfully submitted this 22nd day of December 2022. Pursuant to 28 U.S.C. Sec. 1746. Signature: Anthony L. Hoover El

North Carolina    Greene County
Sworn to and subscribed before me this 22 day of December, 2022
Notary Public Signature
My Commission Expires 08/06/2026

{Return Stamp Copy And Filed}

2023026081    00131
FORSYTH CO, NC FEE $26.00
PRESENTED & RECORDED:
08-01-2023 02:55:22 PM
LYNNE JOHNSON
REGISTER OF DEEDS
BY: OLIVIA DOYLE, ASST

BK: RE 3766
PG: 934-934

G.S. 32A-14.

STATE OF NORTH CAROLINA )
) **REVOCATION OF GENERAL**
___FORSYTH___ COUNTY ) **POWER OF ATTORNEY**
)

Clerk's Office, Superior Court Division, Trial Court Administrator, Judicial District 21 (Forsyth County), 200 N. Main Street, Winston-Salem, North Carolina, 27105.

I, __ANTHONY L. HOOVER__, the undersigned, not being adjudged incapacitated or mentally incompetent, hereby revoke my power-of-attorney granted to __L. TODD BURKE__ in accordance with N.C. General Statute 32A-13.

This __10__ day of __July__, 20__23__.

NC
Greene Co

Sworn and subscribed before me this
__10__ day of __July__ 20__23__

_Sheila M_____
Notary Public

My commission expires __8.6.2026__

Signature: _Anthony L. Hoover_

Original to: __Cynthia Hoover__